IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MELVIN PAUL GARRIS                                       PLAINTIFF

              v.           Civil No. 08-2045

CRAWFORD COUNTY SHERIFF'S
DEPARTMENT; KEN BELL, Sheriff,
Crawford County; and JOHN OR JANE
DOE STATUTORY OFFICERS                           DEFENDANTS

### ORDER

Upon consideration of the plaintiff's application to proceed *in forma pauperis* (Doc. 1), the court finds the application should be and hereby is granted. Pursuant to the provisions of the Prison Litigation Reform Act, the clerk is directed to collect the $350.00 filing fee from the plaintiff. The matter of service will be determined at a later time.

Dated this 9th day of June 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)