IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MELVIN PAUL GARRIS                                                                    PLAINTIFF

v.                          Civil No. 08-2045

CRAWFORD COUNTY SHERIFF'S
DEPARTMENT; KEN BELL, Sheriff,
Crawford County; and JOHN OR JANE
DOE STATUTORY OFFICERS                                                         DEFENDANTS

**O R D E R**

Plaintiff's complaint was filed in this case on May 2, 2008. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Melvin Paul Garris, complete and sign the attached addendum to his complaint, and return the same to the court **by July 9, 2008. Plaintiff is advised that should he fail to return the completed and executed addendum by July 9, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 9th day of June 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MELVIN PAUL GARRIS                                                                              PLAINTIFF

        v.                    Civil No. 08-2045

CRAWFORD COUNTY SHERIFF'S
DEPARTMENT; KEN BELL, Sheriff,
Crawford County; and JOHN OR JANE
DOE STATUTORY OFFICERS                                                                       DEFENDANTS

## ADDENDUM TO COMPLAINT

TO:  MELVIN PAUL GARRIS

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendants.  Accordingly, it is required that you fill out this form and send it back to the court **by July 9, 2008.** Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

### RESPONSE

      In your complaint, you allege that on November 18, 2005, when you were driving on Interstate 40 near Van Buren, Arkansas, you were pulled over by the Van Buren County Sheriff's Department by an Officer John Doe.  You indicate the officer said you swerved.  Once you were stopped, you were told there was an arrest warrant issued for you from the State of North Carolina.

-2-

On November 27, 2005, you indicate you were informed that the Sheriff's Office was seizing your vehicle, a 1998 Suburban. You allege that the seizure was without probable cause. You maintain no drugs were found in the vehicle and there was no evidence it was used in any illegal activity. You maintain the seizure and forfeiture was without Due Process and in violation of your constitutional rights.

As relief, you request the return of your vehicle. You also request an award of compensatory and punitive damages.

1. Were you arrested on November 18, 2005?

Answer: Yes _____ No _____.

If you answered yes, please state: (a) what you were charged with; (b) where you were incarcerated; (c) how long you remained incarcerated; and (d) how the charges were disposed of (for example, were you convicted, found not guilty, the charges dismissed etc.).

_____

_____

_____

_____

_____

_____

_____

_____


_____

_____

_____

_____

_____

_____

_____

_____

2. You have named Ken Bell as a defendant. You indicate he is the Sheriff of Crawford County. However, Ken Bell is the Chief of Police of Van Buren, Arkansas. Mike Allen is the Sheriff of Crawford County. You may merely have been mistaken about the office Ken Bell held. Please indicate whether the individual you intended to name as a defendant is Ken Bell.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

      3.  You have named John Doe or Jane Doe Officers of the Crawford County Sheriff's Department as defendants.  Please state whether this John or Jane Doe officers you have named as defendants are the individuals who performed the traffic stop on November 18, 2005?

    Answer:  Yes _____ No _____.

    If you answered no, please state who you intended to name as John or Jane Doe defendants.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. You state you were informed that your vehicle was being seized on November 27, 2005. Please state: (a) how you were informed of the seizure; (b) whether you received a notice of seizure; (c) whether you were advised of your right to contest the seizure; (d) who informed you of the seizure; (e) where you were when you received the notice; and (f) how you received the notice.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5. Was the vehicle forfeited in a criminal case or a administrative/civil case?

Answer:

_____

_____

_____

_____

6. Did you have an opportunity to contest the forfeiture of your vehicle?

Answer: Yes \_\_\_\_\_ No _____.

If you answered yes, please state if you filed a claim or answer or otherwise contested the forfeiture and what occurred.

_____

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

_____

   If you answered no, please explain in detail why you did not file a claim, or answer, or otherwise contest the forfeiture.

_____

_____

_____

_____

_____

_____

_____

_____

_____

   I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                _____
                MELVIN PAUL GARRIS

                _____
                DATE